El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.

---

## EL PUEBLO *v.* TEXIDOR.

APELACIÓN procedente de la Corte de Distrito de Humacao.

No. 29.—Resuelto en Noviembre 3, 1903.

APELACIÓN.—PLIEGO DE EXCEPCIONES.—Cuando un acusado desea que el Tribunal Supremo revise los errores en que pueda haber incurrido el Tribunal inferior, deberá tomar sus excepciones durante el juicio y consignarlas después en un pliego de excepciones que deberá firmar el Juez ó Tribunal inferior é incluirse en la transcripción para la apelación.

ID.—ERRORES MANIFIESTOS.—Los errores manifiestos en autos no hay que consignarlos necesariamente en un pliego de excepciones, pudiendo hacerse constar en el escrito formalizando la apelación, y el Tribunal puede, de oficio, tomarlos en consideración.

ID.—FALTA DEL PLIEGO DE EXCEPCIONES.—No habiendo pliego de excepciones, ni apareciendo ningún error manifiesto en autos, debe confirmarse la sentencia apelada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. SULZBACHER emitió la siguiente opinión del Tribunal:

Esta es una apelación de la Corte de Distrito de Hu-

No. 29.—Decided November 3, 1903.

macao por José Texidor Ortiz condenado por homicidio voluntario. Al celebrarse la vista en este Tribunal el Hon. Fiscal representó al "Pueblo de Puerto Rico", no teniendo representación el apelante. Aparece de los autos que el acusado renunció al juicio por jurado y que fué juzgado por el Tribunal. También se desprende de los autos que después de celebrarse el juicio en la Corte de Distrito el abogado del acusado presentó una moción apelando para ante este Tribunal Supremo cuya apelación le fué concedida. Al presentar esta moción el abogado simplemente expresó que debía haberse aplicado á esta causa el artículo 209, inciso 3, del Código Penal, que califica el delito de homicidio voluntario. Este Tribunal ha resuelto repetidas veces que para revisar errores cometidos por las Cortes de Distrito el acusado debe hacer sus excepciones durante el juicio oral, las que deben consignarse en un pliego de excepciones que deberá firmar el Juez ó Tribunal y presentarse en esta Corte Suprema. De ninguna otra manera puede determinar esta Corte si el Tribunal sentenciador ha cometido algún error.

También hemos resuelto que los errores que aparezcan de los autos no es necesario que se consignen en un pliego de excepciones, pero puede hacerse mención de ellos en el escrito formalizando la apelación y aún el Tribunal de oficio puede considerar tales errores. En esta causa no hay pliego de excepciones y no es posible que este Tribunal pueda determinar si el Tribunal sentenciador ha cometido algún error. Ni tampoco encuentra este Tribunal error alguno en los autos. Por lo tanto, debe confirmarse la sentencia de la Corte de Distrito.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.